**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00024-CV**
_____

**JASON LEE WHITNEY, Appellant**

**V.**

**JESSICA GARTH WHITNEY, Appellee**

_____

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-227,594**

_____

**MEMORANDUM OPINION**

Jason Lee Whitney, appellant, filed an agreed motion to dismiss his appeal.

*See* Tex. R. App. P. 42.1(a)(1). Whitney filed the motion before the Court decided

the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

Submitted on January 4, 2022
Opinion Delivered January 20, 2022

Before Golemon, C.J., Kreger and Horton, JJ.

1